UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH LEONARD | CASE NO. 6:22-CV-00068 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision should be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to again evaluate the claimant's residual functional capacity in light of his history of mental health treatment, his inability to work with others, as evidenced over the course of his life since childhood, and his history of receiving benefits for the same impairments. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 25th day of October, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE